# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Wiliams Building Company, Inc. | )    ASBCA No. 59180 |
| | ) |
| Under Contract No. W912WJ-11-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:      Kevin M. Cox, Esq.
                                          Camardo Law Firm, P.C.
                                          Auburn, NY

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
                                          Engineer Chief Trial Attorney
                                          Kathleen M. Pendergast, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, New England

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within one year of the date of this Order.

Dated: 3 October 2014

                                        MARK N. STEMPLER
                                        Administrative Judge
                                        Vice Chairman
                                        Armed Services Board
                                        of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59180, Appeal of Williams Building Company, Inc., rendered in conformance with the Board's Charter.

Dated:

                                        JEFFREY D. GARDIN
                                        Recorder, Armed Services
                                        Board of Contract Appeals